## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN - DETROIT

IN RE: Shyla Kesler

          Debtor(s).

Case No. 16-47019
Judge Shefferly
Chapter 13

_____/
Gigliotti & Associates, P.C.
Paul Gigliotti (P46167)
Douglas Chimenti (P67859)
Nicholas Glaeser (P76187)
15400 19 Mile Rd, Ste 115
Clinton Twp, MI 48038
586-228-3636

_____/

## STIPULATION TO APPROVE PLAN MODIFICATION

      This matter having come on for consideration based upon the Motion of the debtor, and the Court having found that this Order is in accordance with the law, and no party having otherwise responded or objected;

      **IT IS HEREBY STIPULATED** that the Debtor's plan payment shall be $1,821.69 per monthly effective the date of this plan modification.

      **IT IS FURTHER STIPULATED** that JPMorgan Chase Bank, N.A. will no longer be paid in class 4.1 and 4.2.

      **IT IS FURTHER STIPULATED** that in all other respects, the plan as confirmed on 8/13/16 or last modified shall remain in full force and effect.


/s/ David Ruskin
Chapter 13 Trustee
David Ruskin
26555 Evergreen
Suite 1100
Southfield, MI 48076
248-352-7755
david.ruskin@det13.com

/s/ Douglas Chimenti
Attorney for Debtor
DouglasChimenti( P67859)
Gigliotti & Associates, P.C.
15400 19 Mile Rd, Ste 115
Clinton Twp, MI 48038
586-228-3636
gigassocattorney@gmail.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN - DETROIT**

IN RE: Shyla Kesler                                              Case No. 16-47019
                                                                Judge Shefferly
           Debtor(s).                                         Chapter 13
_____/
Gigliotti & Associates, P.C.
Paul Gigliotti (P46167)
Douglas Chimenti (P67859)
Nicholas Glaeser (P76187)
15400 19 Mile Rd, Ste 115
Clinton Twp, MI 48038
586-228-3636
_____/

**ORDER APPROVING PLAN MODIFICATION**

      This matter having come on for consideration based upon the Motion of the debtor, and the Court having found that this Order is in accordance with the law, and no party having otherwise responded or objected;

      **IT IS HEREBY ORDERED** that the Debtor's plan payment shall be $1,821.69 per monthly effective the date of this plan modification.

      **IT IS FURTHER ORDERED** that JPMorgan Chase Bank, N.A. will no longer be paid in class 4.1 and 4.2.

      **IT IS FURTHER ORDERED** that in all other respects, the plan as confirmed on 8/13/16 or last modified shall remain in full force and effect.