Shellpoint Mortgage Servicing  
PO BOX 10826  
Greenville, SC  29603-0826

Phone Number: (800) 365-7107  
Fax: (866) 467-1137  
Email: mtgbk@shellpointmtg.com

RE: Debtor 1  Shyla Kesler  
     Debtor 2

Case No:  1647019

PROOF OF SERVICE

I certify that a copy of the foregoing documents were served upon the following persons electronically or by mail via the U.S. Postal Service, postage prepaid or by personal delivery, at their scheduled addresses on this day,  5/8/2017.

Eastern District of Michigan, Detroit Division  
211 West Fort Street  
Detroit, MI  48226

David Ruskin  
26555 Evergreen Rd, #1100  
1100 Travelers Tower  
Southfield, MI  48076-4251

Douglas P. Chimenti  
15400 Nineteen Mile Road  
Suite 115  
Detroit, MI  48038-6311

Shyla Kesler  
6207 Delhi St  
Clarkston MI  48348

/s/ Maggalene Generette