Debtor 1: Shyla Marie Kesler

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Eastern District of Michigan

Case number: 16-47019-lsg

## Official Form 410S1
# Notice of Mortgage Payment Change   12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Dwelling Series III Trust

**Court claim no.** (if known): 5-1

**Last 4 digits** of any number you use to identify the debtor's account: 3 6 3 6

**Date of payment change:** Must be at least 21 days after date of this notice — 12/01/2021

**New total payment:** Principal, interest, and escrow, if any — $ 772.49

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____   New escrow payment: $ _____

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: 3.250 %   New interest rate: 3.125 %

   Current principal and interest payment: $ 545.72   New principal and interest payment: $ 541.59

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____   New mortgage payment: $ _____

| Debtor 1 | Shyla Marie Kesler | Case number (if known) 16-47019-lsg |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Molly Slutsky Simons
Signature

Date 09/22/2021

Print: Molly Slutsky Simons
First Name   Middle Name   Last Name

Title Attorney for Creditor

Company Sottile & Barile, Attorneys at Law

Address 394 Wards Corner Road, Suite 180
Number   Street

Loveland   OH   45140
City   State   ZIP Code

Contact phone 513-444-4100

Email bankruptcy@sottileandbarile.com



**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA 95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

SHYLA M KESLER
6207 DELHI ST
CLARKSTON MI 48348

September 20, 2021

**RE: Loan Number:** ███████████

## Subsequent Interest Rate Adjustment Notice

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. SN SERVICING CORPORATION, THEIR EMPLOYEES, AGENTS AND ATTORNEYS ARE ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED BY US WILL BE USED FOR THAT PURPOSE. TO THE EXTENT THAT YOU MAY HAVE RECEIVED A DISCHARGE IN BANKRUPTCY THIS COMMUNICATION SHOULD NOT BE CONSTRUED AS INTENT TO SUBJECT YOU TO PERSONAL LIABILITY FOR THE DISCHARGED DEBT.

### Changes to Your Mortgage Interest Rate and Payments on November 1, 2021

Under the terms of your Adjustable-Rate Mortgage (ARM), you had a one-year period during which your interest rate stayed the same. That period ends on November 1, 2021, so on that date your interest rate and mortgage payment change. After that, your interest rate may change annually for the rest of your loan term.

|  | **Current** Rate and Monthly Payment | **New** Rate and Monthly Payment |
|---|---|---|
| Interest Rate | 3.25% | 3.125% |
| **Total Monthly Payment** | $776.62 | $772.49 (due December 1, 2021) |

**IMPORTANT:** To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, Creditor retains rights under its security instrument, including the right to foreclose its lien.
<u>Interest Rate:</u> We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin." Under your loan agreement, your index rate is the WSJ 1 yr LIBOR and your margin is 2.875%. The WSJ 1 yr LIBOR index is published Daily in The Wall Street Journal. The index rate plus margin will be rounded to the nearest 0.125%.
<u>Rate Limits:</u> Your rate cannot go higher than 10.375%, or lower than 2.875% over the life of the loan. Your rate can increase annually by no more than 2.00%. Your rate can decrease annually by no more than 2.00%.
<u>New Interest Rate and Monthly Payment:</u> The table above shows your new interest rate and new monthly payment. These amounts are based on the WSJ 1 yr LIBOR index, your margin, your loan balance of 69,359.62, and your remaining loan term of 156 months.
<u>Prepayment Penalty:</u> None
Please continue to mail your payments as previously directed. The title and telephone number of a person who will answer any question you may have regarding this notice is:

Name: Marina Amador
Title: Asset Manager
Toll Free Number: (800) 603-0836, ext: 2712

*If your account is not contractually current, the new payment amount will not go into effect until your loan is due for 12/01/2021.

**The index value used is the published value, as of the effective date stated on your Note, in the printed edition of the Wall Street Journal.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

| | |
|---|---|
| In Re: | Case No. 16-47019-lsg |
| Shyla Marie Kesler | Chapter 13 |
| Debtor. | Judge Lisa S. Gretchko |

## PROOF OF SERVICE

The undersigned does hereby certify that a copy of the Notice of Mortgage Payment Change has been duly electronically serviced, noticed or mailed via U.S. First Class Mail, postage prepaid on September 22, 2021 to the following:

Shyla Marie Kesler, Debtor
6207 Delhi
Clarkston, MI 48348

Douglas P. Chimenti, Debtor's Counsel
gigassocattorney@gmail.com

Paul B. Gigliotti, Debtor's Counsel
ecfgigliotti@gmail.com

David Wm Ruskin, Trustee
ecf-emails@det13.com

United States Trustee's Office
(registeredaddress)@usdoj.gov

                                                              Respectfully Submitted,

                                                              /s/ Molly Slutsky Simons
                                                              Molly Slutsky Simons (OH 0083702)
                                                              Sottile & Barile, Attorneys at Law
                                                              394 Wards Corner Road, Suite 180
                                                              Loveland, OH 45140
                                                              Phone: 513.444.4100
                                                              Email: bankruptcy@sottileandbarile.com
                                                              Attorney for Creditor